UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OZIEL, SAWYER III, <br><br> Plaintiff(s) <br><br> v. <br><br> ELMO INVESTMENTS, L.L.C., a , <br><br> Defendant(s) | Case No.   3:21-cv-05169-SI <br><br> NOTICE OF SETTLEMENT OF ADA ACCESS CASE <br><br> (ADA ACCESS CASES) |

The parties have reached an agreement to resolve this action in its entirety and intend to file a dismissal within __60__ days.

Date:  January 20, 2022

Signed: _____/s/ Amanda Seabock_____
　　　　　　Attorney for Plaintiff(s)

Signed: _____/s/ Bonnie Wolf_____
　　　　　　Attorney for Defendant(s)

Signed: _____
　　　　　　Attorney for Defendant(s)

*Important! E-file this form in ECF using event name: "Notice of Settlement of ADA Access Case"*

*Form GO 56- Notice of Settlement of ADA Access Case – new 01-2020*