1    CENTER FOR DISABILITY ACCESS
     Raymond Ballister Jr., Esq., SBN 111282
2    Russell Handy, Esq., SBN 195058
     Amanda Seabock, Esq., SBN 289900
3    Zachary Best, Esq., SBN 166035
4    100 Pine St., Ste 1250
     San Francisco, CA 94111
5    (858) 375-7385; (888) 422-5191 fax
6    amandas@potterhandy.com
     Attorneys for Plaintiff
7
8    FARWELL RASHKIS, LLP
     James D. Farwell, Esq., SBN 237511
9    Bonnie J. Wolf, Esq., SBN 284872
     223 W. Main St., Suite B
10   Los Gatos, CA 95030
     Telephone: (408) 399-0505
11   bonnie@farwellrashkis.com
12   Attorneys for Defendant
     ELMO Investments, LLC
13

14                   UNITED STATES DISTRICT COURT
15                 NORTHERN DISTRICT OF CALIFORNIA

16   OZIEL, SAWYER III,                    )  Case No.: 3:21-cv-05169-SI
17           Plaintiff,                    )  **JOINT STIPULATION FOR**
     v.                                    )  **DISMISSAL PURSUANT TO**
18                                         )  **FEDERAL RULE OF CIVIL**
     ELMO INVESTMENTS, L.L.C., a           )  **PROCEDURE 41(a)(1)(A)(ii)**
19   California Limited Liability Company, )
20           Defendants.                   )
21

22          Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by

23   and between the parties hereto that this action may be dismissed with prejudice as to all

24   parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is

25   made as the matter has been resolved to the satisfaction of all parties.

26

27
     //
28   //

1

2      Dated:  March 29,2022            CENTER FOR DISABILITY ACCESS

3

4                                       By:     /s/ Amanda Seabock
                                                Amanda Seabock
5                                               Attorneys for Plaintiff

6

7      Dated: March 29,2022            FARWELL RASHKIS, LLP

8

9

10                                      By:    /s/ Bonnie J. Wolf
                                                Bonnie J. Wolf, Esq.
11                                              Attorneys for Defendant
                                                ELMO Investments, LLC
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation                         -2-                  3:21-cv-05169-RMI

1

2                    **<u>SIGNATURE CERTIFICATION</u>**

3

4   I hereby certify that the content of this document is acceptable to Bonnie J. Wolf,

5   counsel for ELMO Investments, LLC, and that I have obtained authorization to affix his

6   electronic signature to this document.

7

8   Dated: March 29,2022              CENTER FOR DISABILITY ACCESS

9

10                                    By:    <u>/s/ Amanda Seabock</u>
                                             Amanda Seabock
11                                           Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28